United States District Court
Southern District of Texas
FILED

OCT 0 9 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | Criminal No. **M-19-1988** |
| § | |
| MATTHEW WILLIAM MOSHER § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about August 28, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### MATTHEW WILLIAM MOSHER

did knowingly brandish a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, Interference with Commerce by Robbery or Hobbs Act Robbery in violation of Title 18 United States Code Section 1951(a).

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

### Count Two

On or about August 28, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### MATTHEW WILLIAM MOSHER

did unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce through commission of a robbery of a business entity engaged in commerce, namely, a Stripes convenient store in San Juan, Texas, as the terms "robbery" and "commerce" are defined in Title 18, United States Code, Section 1951(b).

In violation of Title 18, United States Code, Section 1951(a).

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY