UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Criminal No.   M-19-1988 |
| MATTHEW WILLIAM MOSHER | | |

### NOTICE OF SUBSTITUTION OF COUNSEL FOR THE UNITED STATES

The United States hereby gives notice to the Court and the defendant, DANIEL PUTSKA that counsel for the United States to this case has changed.  New counsel for the United States who is responsible for the litigation of this case is Robert L. Guerra, Jr., Assistant United States Attorney.

Please send all correspondence, notices, orders, and other communications to Assistant United States Attorney Robert L. Guerra, Jr..

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

*/s/ Robert L. Guerra, Jr.*
ROBERT L. GUERRA, JR.
Assistant United States Attorney
United States Attorney's Office
Bentsen Tower
1701 West Highway 83, Suite 600
McAllen, Texas 78501
(956) 618-8010

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the **21st day of September, 2020**, a true and correct copy of the foregoing Notice of Substitution of Counsel for the United States was e-mailed to the attorney of record via ECF filing.

*/s/ Robert L. Guerra, Jr.*
ROBERT L. GUERRA, JR.
Assistant United States Attorney
